**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In the Matter of ) | |
| ) | Civil Action No. 20 C 4315 |
| Andrew W. Shalaby ) | |
| ) | |

**EXECUTIVE COMMITTEE ORDER**

Andrew W. Shalaby has been denied admission to the General Bar of this Court on three separate occasions. The denials were based on Shalaby's false statements to the Court in case number 16-cv-07548, *Kurtis M. Bailey v. Worthington Cylinder Corporation, et al,* before the Honorable Philip G. Reinhard, and on petitions for leave to appear as an attorney in the Northern District of Illinois. In addition, the Executive Committee has previously twice ordered Mr. Shalaby to communicate with the Clerk's Office only via U.S. Mail.

The Executive Committee has received troubling reports concerning Mr. Shalaby's behavior during recent visits to the Stanley Roszkowski Rockford Federal Courthouse in Rockford, Illinois. In addition to Mr. Shalaby's disruptive behavior during Court hearings and his false statements on Court documents, Mr. Shalaby has failed to comply with the orders from the Executive Committee: He was directed to communicate with the Clerk's Office only by way of United States Mail (see orders dated February 18, 2020 and July 10, 2020 in 18 D 21). Mr. Shalaby continued to violate this Court's order by emailing the Clerk's Office staff on July 20, 2020 and July 21, 2020.

Andrew W. Shalaby's recent demand for videoconference sessions with judges and other inappropriate conduct raises concerns for the Court, the Clerk's Office, and the U.S. Marshals Service. Pending further investigation and the potential imposition of additional restrictions on Mr. Shalaby's movement within the courthouses, the Executive Committee of this Court orders as follows:

**IT IS HEREBY ORDERED** That to maintain judicial security, the court imposes an escort requirement: Upon his arrival at the Stanley J. Roszkowski U.S. Courthouse at 327 S. Church Street, Rockford, Illinois 61101 or the Dirksen U.S. Courthouse at 219 S. Dearborn Street, Chicago, Illinois, 60604, Andrew Shalaby is ordered to sign in at the security desk.

**IT IS FURTHER ORDERED** That a representative of the U.S. Marshals Service shall accompany Mr. Shalaby at all times while he is present in the Stanley J. Roszkowski U.S. Courthouse or in the Dirksen U.S. Courthouse, and

**IT IS FURTHER ORDERED** That failure to comply with this order may lead to additional restrictions on Mr. Shalaby's movement in the Northern District of Illinois Courthouses, and

**IT IS FURTHER ORDERED** That the Clerk shall cause to be created and maintained a miscellaneous docket with the title "In the matter of Andrew W. Shalaby " and case number 20 C 4315. The miscellaneous docket shall serve as the repository of this order and any order or minute order entered pursuant to this order. All orders will be entered on the docket following standard docketing procedures. A brief entry will be made on the docket indicating the receipt of any materials from Mr. Shalaby.

**IT IS FURTHER ORDERED** That the Clerk shall cause a copy of this order to be emailed to Mr. Shalaby at the email address on record.

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 23rd day of July, 2020