December 2, 2022

Andrew W. Shalaby
East Bay Law
7525 Leviston Avenue
El Cerrito, CA 94530

Mr. Shalaby:

This letter is two-fold.

First, pursuant to Federal Rule of Civil Procedure 11, you are on notice that your action is both harassing and not based upon reasonable factual and legal inquiry. Your action is just another step in your continued campaign of harassment. Further, critical allegations are false and could only have been pleaded without a reasonable inquiry of fact under the circumstances. Moreover, legally, the action is not based on a reasonable inquiry of law. Among the obvious problems are the lack of venue and personal jurisdiction. Furthermore, the action is barred by the statute of limitations and/or laches. The statements made to the Senate Judiciary Committee, which are privileged under established law, were not defamatory. And the action fundamentally misunderstands the remedy of declaratory judgments, which is to establish legal rights on a prospective basis. I'll file a motion to dismiss on these grounds. I'll also serve you with the Rule 11 motion but will not file it until after 21 days of service.

Second, on a personal note, I hope you obtain the therapy and treatment you need.

Sincerely,

Iain D. Johnston